**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------- X
                                                            :

**SABRINA DE VANNA,**                            :

                  **Plaintiff,**             :          **Case No. 1:23-cv-00460-RWL**

                                                :

                  **v.**                      :          **ORDER**

                                                :

**COMMISSIONER OF SOCIAL SECURITY,**  :

                                                :

                  **Defendant.**            :
-------------------------------------------------------------- X

       IT IS HEREBY ORDERED that Plaintiff's Motion for attorney's fees under § 406(b) is granted. The Court hereby authorizes $27,231.75 in attorney's fees for legal services rendered in the United States District Court, to be paid by the Social Security Administration out of Plaintiff's past-due benefits.   Plaintiff's counsel must refund to Plaintiff the EAJA fee previously awarded by this Court in the amount of $5,859.00, or, if applicable, only such portion of the EAJA fee not subject to offset under the Treasury Offset Program (31 U.S.C. § 3716(c)(3)(B) (2006)).

     December 8, 2025
Dated:  New York, New York

                                        SO ORDERED:

                                         _____

                                         HON. ROBERT W. LEHRBURGER
                                         UNITED STATES MAGISTRATE JUDGE

1